# United States District Court

**------------------------- DISTRICT OF KANSAS---------------------------**

**MARCUS DEAN SIMMS,**

**Plaintiff,**

**v.**

**UNITED STATES OF AMERICA,**

**Defendants.**

**Case No. 26-CV-2512-AWM-ADM**

## JUDGMENT IN A CIVIL CASE

☐ Jury Verdict. This action came before the Court for a jury trial. The issues have been tried and the jury has rendered its verdict.

☒ Decision by the Court. This action came before the Court. The issues have been considered and a decision has been rendered.

Pursuant to the Order (Doc. 33), the Court adopted the Magistrate Judge's Report and Recommendation. Plaintiff's case is dismissed without prejudice. This case is closed.

IT IS SO ORDERED.

Dated: September 14, 2026

SKYLER O'HARA
CLERK OF THE DISTRICT COURT

by: */s/ K. Koci*
Deputy Clerk